# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*March 30, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>**v.**<br><br>Galen Foster Black<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **4:21mj0675**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 22, 2020 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(2)(B) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert J. Guerra, FBI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: _____ March 30, 2021 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

United States Magistrate Judge Frances H. Stacy
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Galen Foster Black | § | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert J. Guerra, being duly sworn, depose and state:

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Special Agent in Charge (SAC), in Houston, Texas. I have been so employed since November 2005. As part of my daily duties as an FBI agent, I am assigned to the FBI Houston Child Exploitation unit, which investigates criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18 U.S.C. § 2251 and 2252A et seq. I have received training in the area of child pornography and child exploitation. I have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. Child Pornography, as defined in 18 U.S.C. § 2256, is:

> "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct."

2.     This Affidavit is made in support of a criminal complaint charging Galen Foster BLACK with violating Title 18 U.S.C. § 2252A (a)(2)(B) – receipt of child pornography. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

3.      Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 2252A (a)(2)(B) has been committed by Galen Foster BLACK beginning on or about June 22, 2020. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4.      On or about June 25, 2020, the New Zealand Police arrested an individual, herein referred to as "Suspect A", who later provided information regarding his correspondence with the email address dirtyoleman@yahoo.com. Suspect A stated about two to three years ago, he had his first interaction with an adult male, he identified as Galen BLACK via the Yahoo! email address dirtyoleman@ yahoo.com. Suspect A stated he had responded to a post BLACK had placed on a website asking for some help on how to groom his granddaughter. Suspect A stated the name Galen BLACK was used by the user of the email address dirtyoleman@yahoo.com on the same website where he saw the post.

5.      Suspect A believed that BLACK's granddaughter was about three years old at the time they met. Based off the time that has elapsed since they met, Suspect A stated BLACK's granddaughter should be currently around five to six years of age. BLACK told Suspect A that he would have his granddaughter come over and play games so she could get use to the fact that he was grooming her. Suspect A described a conversation where, BLACK stated he would play tickling games and blow "raspberries" on her stomach to get her use to Black touching her.

6.      Suspect A stated BLACK told him that he was touching around his granddaughter's genital area so she would get comfortable with that so he could eventually move on to digital penetration. BLACK also told Suspect A he had bought a vibrator to use as a sex toy on his granddaughter. BLACK boasted about the fact that when he used the vibrator on his granddaughter that she had an orgasm. Suspect A stated that BLACK talked about having his granddaughter spend the night so he could do sexual things to her.

7.      Suspect A provided access to his email account and investigators found email correspondence between Suspect A and the user utilizing the email address dirtyoleman@yahoo.com. On June 22, 2020, Suspect A received an email from dirtyoleman@yahoo.com stating the following:

2

"Hey my man. Its been crazy around her, with the covid, and work. I haven't gotten to see the granddaughter hardly at all for over a couple of hours. Its been forever since she spent the night with me. She was supposed to stay the night with me on Mothers Day weekend, but that plan was ruined by her dad. So yea, its been tough."

8.     The correspondence referenced in paragraph 7 was in response to an email sent by Suspect A titled "Cp", which is known to investigators as an acronym for Child Pornography. In the email, Suspect A asked the following:

"Haven't heard from you for a while. How's it going with g/d. Any luck getting to enjoy her pussy? Did you get the photos I sent?"

9.     Suspect A sent several images and links of child pornography to the email address dirtyoleman@yahoo.com throughout June 2020. I have reviewed all of the files that were transmitted via email from Suspect A to the user of the e mail account dirtyoleman@yahoo.com and determined that all of the image files depict child pornography as defined by Title 18, United States Code, Section 2256. Below is a description of the images sent by Suspect A and received by the user of the email address dirtyoleman@yahoo.com:

a) An image file that can be further described as a contact sheet displaying a total of nine images. All nine images depicted on the contact sheet depict child pornography. The images depict minor females, whom all appear under the age of 12, being orally, vaginally, and anally penetrated by an adult male's penis.

b) An image file that can be further described as a contact sheet displaying a total of nine images. All nine images depicted on the contact sheet depict child pornography. The images depict minor females, whom all appear under the age of 12, being orally, vaginally, and anally penetrated by an adult male's penis. These nine images were different than the nine images described in subparagraph a.

10.     An administrative subpoena was sent to Yahoo! Inc., requesting the user information for the email address dirtyoleman@yahoo.com. Yahoo! Inc., stated that the e-mail address dirtyoleman@yahoo.com has since been terminated, but was verified with the telephone number 936-402-4518. Yahoo! Inc., provided several IP addresses that were utilized by the user to access the email account. Yahoo! Inc., provided the IP address utilized by the user on June 21, 2020, to transmit the email referenced in paragraph 7 as

2600:100d:b14f:c170:f5b3:7b04:281b:4285. Both the telephone number 936-402-4518 and IP address provided by Yahoo! Inc., were found to be owned by Verizon Wireless.

11.  An administrative subpoena was served on Verizon Wireless requesting information relating to the subscriber assigned the telephone number 936-402 4518 as well as information relating to the subscriber assigned the IP address 2600:100d:b14f:c170:f5b3:7b04:281b:4285 on June 21, 2020. 2600:100d:b14f:c170:f5b3:7b04:281b:4285 Verizon Wireless identified the subscriber assigned the telephone number 936-402 4518 as Galen BLACK, 7715 Omaha Drive, Baytown, Texas 77521, with an activation date of December 27, 2003. Verizon also identified the subscriber that was assigned the said IP address on June 21, 2020, as the same subscriber of the telephone number 936-402-4518, Galen BLACK.

12.  On February 11, 2021, Baytown Police Department arrested Galen Foster BLACK in violation of Continuous Sexual Assault of a Child. The charge stemmed from an outcry made by a minor female relative, who stated BLACK was sexually abusing her. BLACK sent text messages to relatives admitting to the abuse. BLACK detailed the same abuse Suspect A described to investigators (see paragraph 6). BLACK admitted to using a vibrator on the minor female, by placing the vibrator on the minor female's genitals. BLACK also admitted to other forms of sexual abuse perpetrated by him on the minor female. Baytown Police Department identified BLACK's cellular telephone number as 936-402 4518, which is the same associated with email account referenced in paragraphs 10 and 11.

13.  Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Galen Foster BLACK with a violation of Title 18 U.S.C. § 2252A (a)(2)(B)   receipt of child pornography.

Robert J. Guerra
Special Agent, FBI

Subscribed and sworn to before me, via telephone, this the 30th day of March, 2021, and I find probable cause.

Honorable Frances H. Stacy
United States Magistrate Judge

4